## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JULIE M.SISLER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 01-CV-0602A (Scott) |
| v. | ) |
| | ) |
| **WAL-MART STORES, INC.,** | ) |
| And | ) |
| **WEXLER AND WEXLER** | ) |
| | ) |
| Defendants. | |

### AFFIRMATION IN SUPPORT OF
### DEFENDANTS' OPPOSITION TO
### PLAINTIFF'S MOTION FOR RECONSIDERATION

**STATE OF NEW YORK**

**COUNTY OF ERIE**

  **LINDA H. JOSEPH,** affirms and states under penalty that the following is true, or if stated on information and belief, that she believes it to be true:

1. I am a partner in the law firm of Schroder, Joseph & Associates, L.L.P., attorneys for Defendants Wal-Mart Stores Inc., ("Wal-Mart") and Wexler and Wexler. I make this affirmation in Support of Defendants' Opposition to Plaintiff's Motion for Reconsideration of this Court's February 6, 2004 Order.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed in this action.

3. Attached hereto as Exhibit B are relevant excerpts from the January 26, 2004 deposition of Mary E. Maloney.

4. Attached hereto as Exhibit C is a true and correct copy of this Court's August 13, 2003 Order, holding that Plaintiff's counsel was a necessary witness in this action.

5. Attached hereto as Exhibit D is a copy of the Docket Sheet in this action.

6. Attached hereto as Exhibit E are relevant excerpts from the deposition of the Plaintiff taken in this action.


Dated: March 15, 2004

   /s/ Linda H. Joseph
Linda H. Joseph