UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JULIE M. SISLER,

                Plaintiff,                 **Hon. Hugh B. Scott**

                                                  01CV602

                                                  **Order**

                v.

WAL-MART STORES, INC.,
WEXLER AND WEXLER,

                Defendants.

     Defendants have moved for summary judgment (Docket No. 51). Consideration of this motion shall be held in abeyance pending determination of plaintiff's motion for reconsideration of the order disqualifying her counsel (Docket No. 45). Under a previous order (Docket No. 46), the latter motion will be deemed submitted as of May 6, 2004.

     So Ordered.

                                                        s/HBS
                                           Hon. Hugh B. Scott
                                      United States Magistrate Judge

Buffalo, New York
March 17, 2004